STATE OF MONTANA EX REL. FRANK C. McFADDEN, ADMINISTRATOR OF THE ESTATE OF HARRIS GARRETT, DECEASED, RELATOR AND PLAINTIFF, v. DISTRICT· COURT OF FIFTH JUDICIAL DISTRICT OF THE STATE OF MONTANA IN AND FOR COUNTY OF BEAVERHEAD, AND HONORABLE LYMAN H. BENNETT, JUDGE THEREOF, DEFENDANTS AND RESPONDENTS.

No. 8778

Submitted October 16, 1947. Decided October 30, 1947.

186 Pac. (2d) 95

Mr. Leonard A. Schulz, of Dillon, and Mr. H. L. Maury and Mr. A. G. Shone, both of Butte, for relator.

The Hon. Lyman H. Bennett, pro se.

MR. JUSTICE CHOATE delivered the opinion of the court:

The facts and questions of law involved in this case are similar to those considered in State ex rel. Coleman v. District Court, Mont., 186 Pac. (2d) 91, and arose out of the same accident there involved.

On the authority of that case the writ of mandate sought herein is hereby ordered to issue.

MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES GIBSON, ANGSTMAN, and METCALF concur.

Rehearing denied November 22, 1947.